## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **WILLIAM BOWMAN et al ,**<br>Plaintiff(s), | |
| vs. | Civil Case No.  02-1820(RMC) |
| **DISTRICT OF COLUMBIA et al**<br>Defendant(s). | |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the

previous Order of the Court, this Notice serves as notification that an exhibit,

has been filed in paper form in a the Clerk's Office.  It is available for public viewing

 and copying between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

September 30, 2005