UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESSIE BOWMAN, o/b/o** <br> **W.B., a minor, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> **Defendants.** | : <br> : <br> : <br> : <br> : Civ. Action No. 05-1933 (HHK) <br> : <br> : <br> : |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note to the entry of the appearance of Carol E. Burroughs as counsel for defendants in this matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

_____/s/ _____
CAROL E. BURROUGHS [415432]
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
Fax (202) 727-0431
carol.burroughs@dc.gov

November 2, 2005