UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESSIE BOWMAN, o/b/o<br>W.B., a minor, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>      Defendants. | Civ. Action No. 05-1933 (HHK) |

**DEFENDANTS' CONSENT MOTION TO ENLARGE TIME
TO FILE RESPONSIVE PLEADING**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time--to December 5, 2005--to file a response to the complaint. As grounds therefor Defendants represent as follows:

While Plaintiff filed this suit on or about September 30, 2005, the Complaint was not served on Defendants until October 22, 2005. As such, Defendants have until November 14, 2005, to file a responsive pleading. However, counsel for the Defendants has only received some of the information necessary to respond to the complaint. Accordingly, Defendants respectfully request that this Court enlarge the time to file a response to the complaint by 20 days, to and including December 5, 2005. Counsel for the Plaintiffs has consented to a grant of this motion.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the
                                        District of Columbia

>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>**/s/ Edward P. Taptich**
>EDWARD P. TAPTICH [#012914]
>Chief, Equity Section II
>
>**/s/ Carol E. Burroughs**
>CAROL E. BURROUGHS [#415432]
>Assistant Attorney General
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6520
>(202) 727-0431 (fax)
>carol.burroughs@dc.gov

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6.

2. LCvR 7.1(m).

3. The inherent authority of this Court.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General for the District
> of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>_____/s/_____
>EDWARD P. TAPTICH [012914]
>Chief, Equity Section II
>
>_____/s/ _____
>CAROL E. BURROUGHS [415432]
>Assistant Attorney General
>441 4th St., N.W., Sixth Floor South
>Washington, D.C. 20001

November 10, 2005

(202) 724-6651
Fax (202) 727-0431
carol.burroughs@dc.gov