UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESSIE BOWMAN, o/b/o** : <br> **W.B., a minor, et al.,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, et al.,** : <br> : <br> **Defendants.** : <br> : | Civ. Action No. 05-1933 (HHK) |

## **ORDER**

Upon consideration of Defendant District of Columbia's Motion to Dismiss the Complaint, any responses thereto, and the record herein, it is

ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that the Complaint herein is DISMISSED with prejudice.

_____
United States District Judge