IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSIE BOWMAN, et al., | : | |
| Parents and next friends of W.B. et al. | : | |
| | : | |
| Plaintiffs | : | Civil Action No. 05-Ca-1933(HHK) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendant | : | |
| | : | |
| _____ | : | |

**PLAINTIFFS' OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

COMES NOW, the Plaintiffs, by and through counsel, and hereby oppose the Defendant's Motion to Dismiss for the reasons that are more specifically set forth in the attached Memorandum of Point and Authorities Submitted in Support of Plaintiffs' Opposition to the Defendant's Motion to Dismiss, filed contemporaneously and incorporate herewith and though set forth in its entirety.

Respectfully Submitted,

   /s/ _____
Tilman L. Gerald [# 928796]
Roxanne D. Neloms [#478157]
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
(202)742-2098 (fax)
*Attorneys for the Plaintiffs*