# News from the
## Committee on Education and the Workforce
John Boehner, Chairman

## COMMITTEE ON EDUCATION AND THE WORKFORCE
### U.S. HOUSE OF REPRESENTATIVES

### Statement of Chairman John A. Boehner
### Committee on Education and the Workforce

Good afternoon. Before we begin, I'd like to extend my sincere thanks for the hard work and dedication of so many that has brought us here today. In particular I want to recognize Senator Gregg, chairman of the Senate committee, for his leadership and his commitment to education reform. As he prepares to take on new challenges as incoming chairman of the Senate Budget Committee, it's fitting he would end on a high note like this bipartisan bill. Senator, we've blazed a lot of new ground together over the last four years. I wish you the very best of luck.

I want to recognize Mike Castle, chairman of the Education Reform Subcommittee and author of the House-passed bill, for his extraordinary work reaching out to teachers, parents, and school administrators to craft a bill that will truly improve educational opportunities for students with disabilities. Without his efforts, we wouldn't be here today.

I'd also like to recognize Senator Kennedy and Rep. Miller for joining us here today in a spirit of cooperation. Both were instrumental in the creation of this law nearly 30 years ago, and have been longtime advocates for special education. We've had our differences in the past, and we will no doubt continue to disagree from time to time. Yet I have no doubt that we are all here today with the same goals in mind: to take the next step in education reform by building on the Individuals with Disabilities Education Act, more closely aligning special education with the No Child Left Behind Act, and strengthening educational opportunities for the six million American students participating in special education.

We must also acknowledge President Bush's Commission on Excellence in Special Education, which early in this process identified many of the core principles for reform we're negotiating today. That commission called for greater early intervention, paperwork reduction, improved research, and an increased emphasis on real results over compliance with red tape. Thanks to those recommendations, today we're going to produce a conference report that will be an across-the-board win for parents, teachers, and students with special needs.

This process began more than three years ago, with an exhaustive series of hearings, a presidential commission, a lengthy outreach and drafting process, and a first of its kind web-based project to solicit input from stakeholders in special education. That initiative, which we called "Great IDEAs," resulted in comments and suggestions from *thousands* of parents, teachers, special education advocates, and school personnel on how to improve special education. And those suggestions helped form the framework of the bill we are here to negotiate today.

We heard from teachers that a crushing paperwork burden is keeping them

out of classrooms, and sometimes forcing them out of the profession. We heard from parents that there isn't enough emphasis on education results, and they don't have enough choice when it comes to their children's education. We heard from school personnel that the current IDEA system is too focused on bureaucratic rules and regulations – and that children, parents, and teachers are forced to contend with a system that is overly complex and prone to litigation.

These were just some of the challenges we faced when we began our effort to strengthen and renew special education. Today, after a process three years in the making, we are here to negotiate a final bill embodying our belief that every child deserves a high quality education, and children with special needs are no exception to the vision that no child should be left behind.

That vision I just mentioned first took shape with the No Child Left Behind Act, the most significant education reform package for students with disabilities since 1975, when Congress first passed what we now know as IDEA. The No Child Left Behind Act guaranteed access to new information and educational options for students with disabilities and their parents. Most importantly, for the first time ever the No Child Left Behind Act made clear our commitment to ensuring an education not just in name, but in the form of *education results* for students with disabilities. States and schools must now show that all children, including children with disabilities, are making academic progress.

This afternoon we will build on that historic commitment with the Individuals with Disabilities Education Improvement Act. In No Child Left Behind, we put a system in place to ensure disabled students, and all students, are getting access to the education they deserve. In this bill, we're making sure the rules help special education teachers and parents get the most out of that system, instead of making it harder for them. Although there are differences between the House and Senate bills, I'm going to focus on where we agree. None of our differences are insurmountable, and the consequences of not getting a bill done this year are far greater than the challenge of compromising with one another.

Many of the people in this room were instrumental in forging a consensus on the bipartisan No Child Left Behind Act, and I think we all agree that we must now align special education with NCLB. We also all recognize the need to reduce paperwork so that teachers can spend more time in the classrooms where they belong. Both the House and Senate bills have taken steps toward these goals.

We also recognize that too many children, particularly minority children, are inappropriately placed in special education. In fact, many of these children simply have not been taught to read. The over-identification and misidentification of children for special education is an issue we must address for the good of our education system as a whole.

This bill also recognizes the indispensable role high quality teachers play in the education of students with disabilities. The No Child Left Behind Act called for a highly qualified teacher in every public school classroom by the 2005-2006 school year, making clear that all students deserve to be taught be highly qualified professionals. To help reach that goal, this bill will provide the clarity states and schools are seeking on what it means to be a "highly qualified" special education teacher.

The conference report must also give teachers and schools more freedom to exercise reasonable discipline, while still protecting children who act out because of their disabilities. To keep schools safe for all students, and hold students accountable for their actions, the bill will restore common sense to school discipline. Students will

have the same punishment for the same infraction, unless the discipline problem is the direct result of a child's disability.

We must also take steps to reduce litigation and foster a sense of cooperation between parents and schools. There is no question that the rights of children and parents must be protected. But those rights should not overshadow the primary focus of this law – to provide educational opportunities to students with special needs. By encouraging earlier intervention and resolution to complaints, students, parents, and schools will all be better served.

Once again, I'd like to thank everyone for being here today. We have an opportunity to make a real difference in the lives of millions of students and their families, and I hope we take full advantage of that chance. The process of education reform did not end with the No Child Left Behind Act; it just began. Today I hope we can take another major step in that process.

## Press Releases