UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSIE BOWMAN, o/b/o W.B., a minor, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. No. 05-1933 (HHK) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' "SURREPLY"

The Defendants, by counsel, hereby move to strike the "Plaintiffs' Surreply to Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss," filed today, June 28, 2006. That pleading is not authorized by LCvR 7, and Plaintiffs neither requested, nor were granted, this Court's permission to file that pleading. And in content, the document is simply further, newly-thought-of argument on issues treated in the earlier motion-opposition-reply pleading cycle.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

2

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
carol.burroughs@dc.gov

June 28, 2006

**Memorandum of Points and Authorities**

(1) LCvR 7(a) – (d).

(2) This Court's inherent authority to prevent abuse of its procedures.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESSIE BOWMAN, o/b/o** <br> **W.B., a minor, et al.,** | : <br> : <br> : |
| **Plaintiffs,** | : <br> : |
| v. | : Civ. No. 05-1933 (HHK) <br> : |
| **DISTRICT OF COLUMBIA, et al.,** | : <br> : |
| **Defendants.** | : <br> : |

## **ORDER**

On consideration of the Defendants' Motion to Strike, filed June 28, 2006, and the record in this proceeding, it is

ORDERED, that the Defendant's motion is granted; and it is further

ORDERED, that the unauthorized "Plaintiffs Surreply to Defendanty's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss," filed June 28, 2006, is stricken from the record of this proceeding.

_____
UNITED STATES DISTRICT JUDGE

3