**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ESSIE BOWMAN,   o/b/o**<br>**W.B., a minor, et al.,**<br><br>                    **Plaintiffs,**<br><br>        **v.**<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>                    **Defendants.** | **Civil Action 05-01933 (HHK)** |

**JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 2nd day of August 2006, hereby

**ORDERED** and **ADJUDGED** that the complaint in this case is **DISMISSED.**

Henry H. Kennedy, Jr.
United States District Judge